COMMONWEALTH OF KENTUCKY
CAMPBELL CIRCUIT COURT
DIVISION ONE
CIVIL ACTION NO. 23-CI-00463

*ELECTRONICALLY FILED*

BONNIE SCHUTTE     PLAINTIFF

v.     **NOTICE OF FILING OF NOTICE OF REMOVAL**

KROGER LIMITED PARTNERSHIP I, et al.     DEFENDANTS

\*\*\*    \*\*\*    \*\*\*    \*\*\*    \*\*\*

Please take notice that, pursuant to 28 U.S.C. § 1446(d), Defendant Allegion Access Technologies LLC has on this date filed a Notice of Removal in the above-captioned action removing it from the Campbell Circuit Court to the United States District Court for the Eastern District of Kentucky at Covington. A copy of the Notice of Removal is attached as Exhibit 1.

                                                     Respectfully submitted,

                                                     STOLL KEENON OGDEN PLLC
                                                     300 West Vine Street, Suite 2100
                                                     Lexington, Kentucky 40507-1380
                                                     (859) 231-3000
                                                     (859) 253-1093 facsimile

                                                     By: /s/ Palmer G. Vance II
                                                           Palmer G. Vance II
                                                           gene.vance@skofirm.com
                                                           Lilian M. Williams
                                                           Lilian.williams@skofirm.com

                                                     COUNSEL FOR DEFENDANTS
                                                     STANLEY ACCESS TECHNOLOGIES
                                                     ALLEGION ACCESS TECHNOLOGIES

EXHIBIT 4

## CERTIFICATE OF SERVICE

      I certify that I served a true and accurate copy of the foregoing to the following counsel via the Court's electronic filing system and via U.S. mail, postage prepaid, on this 27TH day of November 2023:

Scott A. Best
SCOTT BEST LAW, PLLC
73 Cavalier Boulevard, Suite 316
Florence, KY 41042
COUNSEL FOR PLAINTIFF

Charles L. Hinegardner
BARRON PECK BENNIE & SCHLEMMER CO., LPA
3074 Madison Road
Cincinnati, OH 45209
COUNSEL FOR DEFENDANT,
KROGER LIMITED PARTNERSHIP I

                              /s/ Palmer G. Vance II
                              COUNSEL FOR DEFENDANTS,
                              STANLEY ACCESS TECHNOLOGIES LLC
                              ALLEGION ACCESS TECHNOLOGIES LLC