UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL ACTION NO. 23-cv-163-DLB-CJS

***ELECTRONICALLY FILED***

BONNIE SCHUTTE                                                             PLAINTIFF

v.                       **NOTICE OF SETTLEMENT**

KROGER LIMITED PARTNERSHIP I, et al.                  DEFENDANTS

\*\*\*     \*\*\*     \*\*\*     \*\*\*     \*\*\*

The parties to this action hereby notify the Court that this matter has been settled. Unfortunately, after the settlement was agreed, the plaintiff passed away. As a result, the ability to finalize the settlement and tender an Agreed Order of Dismissal to the Court has been delayed. The parties will tender such an Agreed Order of Dismissal once the executor of the plaintiff's estate has been appointed. In the meantime, the parties request that the Court's Order for Meeting and Report (DE #7) be set aside.

Respectfully submitted,

SCOTT BEST LAW, PLLC
73 Cavalier Boulevard, Suite 316
Florence, KY  41042
(859) 970-2378

By: /s/Scott A. Best_____
    Scott A. Best

COUNSEL FOR PLAINTIFF

BARRON PECK BENNIE & SCHLEMMER CO., LPA
3074 Madison Road
Cincinnati, OH  45209
(513) 721-1350

By: /s/Charles A. Hinegardner
   Charles A. Hinegardner

COUNSEL FOR DEFENDANT,
KROGER LIMITED PARTNERSHIP I


STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000

By: /s/ Palmer G. Vance II
   Palmer G. Vance II
   Lilian M. Williams

COUNSEL FOR DEFENDANTS
STANLEY ACCESS TECHNOLOGIES LLC
ALLEGION ACCESS TECHNOLOGIES LLC

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Court's ECF system on the 31ST day of January 2024, which serves an electronic copy to the following:

Scott A. Best
SCOTT BEST LAW, PLLC
73 Cavalier Boulevard, Suite 316
Florence, KY  41042
COUNSEL FOR PLAINTIFF

Charles L. Hinegardner
BARRON PECK BENNIE & SCHLEMMER CO., LPA
3074 Madison Road
Cincinnati, OH  45209
COUNSEL FOR DEFENDANT,
KROGER LIMITED PARTNERSHIP I

/s/ Palmer G. Vance II
COUNSEL FOR DEFENDANTS,
STANLEY ACCESS TECHNOLOGIES LLC
ALLEGION ACCESS TECHNOLOGIES LLC