**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 23-163-DLB-CJS**

**BONNIE SCHUTTE**                                                                                          **PLAINTIFF**

**v.**                                                          **ORDER**

**KROGER LIMITED PARTNERSHIP I, et al.**                                              **DEFENDANTS**

**\*\*\*  \*\*\*  \*\*\*  \*\*\***

A Notice of Settlement has been filed by the parties informing that they have reached an agreement to settle this litigation. (R. 8). They further inform that a dismissal will be tendered in due course but will be delayed somewhat because unfortunately Plaintiff passed away after the settlement was reached and, therefore, it will be necessary to await the executor's appointment before the settlement can be finalized. The Court being sufficiently advised,

**IT IS ORDERED** as follows:

1)      The parties are hereby **excused** from their obligation to file a joint status report that was imposed by the Court's January 2, 2024, Order (R. 7).

2)      Within sixty days following this Order, the same being not later than **April 1, 2024,** the parties shall file a proposed agreed order of dismissal for District Judge Bunning's consideration or a Civil Rule 41-compliant stipulation of dismissal. If the parties are not yet able to make such a dismissal filing by the April 1 deadline, they shall instead file a status report updating on efforts to finalize their settlement.

Signed this 1st day of February, 2024.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2023\23-163-DLB order for dismissal or SR.docx