**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
**CIVIL ACTION NO. 2:23-cv-00163**
**ELECTRONICALLY FILED**

BONNIE SCHUTTE											PLAINTIFF

vs.

KROGER LTD. PARTNERSHIP I, et al.,							DEFENDANTS

---

### AGREED ORDER OF DISMISSAL
---

It appearing to the Court that all matters between Plaintiff, Bonnie Schutte, and Defendants, Kroger Ltd. Partnership I, Stanley Access Technologies, and Allegion Access Technologies, in the above-captioned matter have been fully compromised and settled, it is hereby

ORDERED, ADJUDGED AND DECREED that all causes of action herein pending between Plaintiff, Bonnie Schutte, and Defendants, Kroger Ltd. Partnership I, Stanley Access Technologies, and Allegion Access Technologies, be dismissed with prejudice. There are no claims that remain pending. This is a final appealable order. Each party to pay their respective court costs.

IT IS SO ORDERED.

_____
JUDGE BUNNING

/s/ *Scott A. Best* (per email authority 1.31.2024)
_____
Scott A. Best, Esq.
73 Cavalier Blvd, Suite 316
Florence, Kentucky 41042
scott@best-law.org
**Attorney for Plaintiff, Bonnie Schutte**

/s/ *Charles L. Hinegardner*
_____
Charles L. Hinegardner, Esq. (88053)
Barron Peck Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513)721-1350
(513)721-8311 Facsimile
CLH@BPBSlaw.com
**Attorney for Defendant, Kroger Ltd. Partnership I**

/s/ *Palmer G. Vance* (per email authority 1.31.2024)
_____
Palmer G. Vance, II, Esq.
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
gene.vance@skofirm.com
**Attorney for Defendants,**
**Stanley Access Technologies LLC**
**Allegion Access Technologies LLC**