UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL ACTION NO. 2:23-cv-00163

Eastern District of Kentucky
FILED

FEB 14 2024

AT ASHLAND
Robert R. Carr
CLERK U.S. DISTRICT COURT

BONNIE SCHUTTE                                                     PLAINTIFF

vs.

KROGER LTD. PARTNERSHIP I, et al.,                                 DEFENDANTS

## AGREED ORDER OF DISMISSAL

It appearing to the Court that all matters between Plaintiff, Bonnie Schutte, and Defendants, Kroger Ltd. Partnership I, Stanley Access Technologies, and Allegion Access Technologies, in the above-captioned matter have been fully compromised and settled, it is hereby

ORDERED, ADJUDGED AND DECREED that all causes of action herein pending between Plaintiff, Bonnie Schutte, and Defendants, Kroger Ltd. Partnership I, Stanley Access Technologies, and Allegion Access Technologies, be dismissed with prejudice. There are no claims that remain pending. This is a final appealable order. Each party to pay their respective court costs.

IT IS SO ORDERED.

This 14th day of February, 2024.

Signed By:
*David L. Bunning*
United States District Judge

JUDGE BUNNING

/s/ *Scott A. Best* (per email authority 1.31.2024)

Scott A. Best, Esq.
73 Cavalier Blvd, Suite 316
Florence, Kentucky 41042
scott@best-law.org
**Attorney for Plaintiff, Bonnie Schutte**

/s/ *Charles L. Hinegardner*

Charles L. Hinegardner, Esq. (88053)
Barron Peck Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513)721-1350
(513)721-8311 Facsimile
CLH@BPBSlaw.com
**Attorney for Defendant, Kroger Ltd. Partnership I**

/s/ *Palmer G. Vance* (per email authority 1.31.2024)

Palmer G. Vance, II, Esq.
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
gene.vance@skofirm.com
**Attorney for Defendants,
Stanley Access Technologies LLC
Allegion Access Technologies LLC**